IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANASTASIIA VOLKOVA, for herself and All others similarly situated, ) ) ) **Plaintiff,** ) ) v. ) ) UNITED STATES OF CITIZENSHIP AND ) IMMIGRATION SERVICES; ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY; AND ) UNITED STATES OF AMERICA, ) ) **Defendant.** | Civil Action No. 23-cv-7565 |

## DECLARATION OF CAROL S. CRIBBS

I, **CAROL S. CRIBBS**, declare as follows:

1. I am competent to make this declaration, and the facts in this declaration are based on my personal knowledge, information acquired in the execution of my official duties and reasonable inquiry.

2. I am employed by the United States Department of Homeland Security (DHS), United States Citizenship and Immigration Services (USCIS) as Deputy Chief for the Office of the Chief Financial Officer. I have held this position since March 2020. In that role, I work with the Chief Financial Officer to ensure sound stewardship of USCIS fiscal resources, deliver accurate and timely financial reporting, improve financial management, and strengthen enterprise risk management and internal controls.

3. I oversee the decision and process to issue refunds of USCIS fees, and was involved with the decision to refund the Application for Employment Authorization Document (EAD) filing fee for Ukrainian nationals who were paroled into the United States between February 24, 2022, and September 30, 2023. I am also aware of the steps taken by personnel in USCIS to announce the fee refund program.

4. On April 21, 2022, President Biden announced Uniting for Ukraine (U4U), a streamlined process that provides a pathway for Ukrainian nationals and their immediate family members who last resided in Ukraine and who are outside the United States, to come to the United States temporarily, on a discretionary, case-by-case basis, for urgent humanitarian reasons or significant public benefit. https://www.dhs.gov/ukraine.

5. On May 21, 2022, the Additional Ukraine Supplemental Appropriations Act, 2022 (AUSAA) was passed and made certain benefits available to certain Ukrainian parolees. Pub. L. No. 117-128. The AUSAA provided, among other provisions, that Ukrainian nationals (or persons who last habitually resided in Ukraine) who were paroled into the United States between February 24, 2022, and September 30, 2023, shall be eligible for resettlement assistance, entitlement programs, and other benefits available to, and to the same extent as, refugees admitted under 8 U.S.C. § 1157, except that parolees under the AUSAA are ineligible for the initial resettlement program.

6. On November 21, 2022, USCIS announced a policy decision to provide employment authorization incident to status and a no-fee initial (and replacement of an initial) EAD to Ukrainian parolees who met certain criteria, specifically:

    - Ukrainian parolees whose unexpired Form I-94 contains a class of admission of "UHP;" and
    - Ukrainian parolees whose unexpired Form I-94 contains a class of admission of "DT" issued between Feb. 24, 2022, and Sept. 30, 2023, and indicates Ukraine as the country of citizenship on the document.

7. I understand that on April 15, Katherine Lotspeich of USCIS's Office of Performance and Quality attested that 21,084 Ukrainian parolees who were paroled in between February 24, 2022 and September 30, 2023, submitted a Form I-765 between May 21, 2022 and November 21, 2022 and paid the Form I-765 fee for an initial EAD. I understand that this attestation was based on data available in USCIS systems on that date.

8. I am informed that on April 19, 2024, USCIS announced a fee refund program. *See* https://www.uscis.gov/ukraine. A printout of the announcement is appended to this declaration as Exhibit A. The Web Form is attached as Exhibit B.

9. I am informed that as of April 26, 2024, USCIS successfully delivered emails to 18,907 unique email addresses associated with Ukrainian parolees described in paragraph 6. The emails were delivered in English, Ukrainian, and Russian advising them of their eligibility for a full refund of the $410 filing fee and inviting them to verify their information via web form. These emails were sent using GovDelivery to the email addresses provided on each underlying Form I-765. In some instances, the same email address was used by multiple family members, and therefore the number of persons who received the email was likely higher.

10. I have been informed that as of Monday, April 29, 2024, USCIS also mailed paper letters to the address provided on the submitted Form I-765 to 1,126 parolees for whom the agency has no email address. USCIS will also mail paper letters to any individual if the email sent to them is not successfully delivered. The letters were in English, Ukrainian, and Russian languages. An exemplar of the letter (with personal identifying information redacted) is appended to this declaration as Exhibit C.

11. The emails and letters provide the link to an online portal where the parolee may submit their information to confirm their fee payment. The portal is available in English, Ukrainian and Russian.

12. 8,103 U4U Refund Webforms were submitted via the online portal by individuals between April 24, 2024, and April 30, 2024.

13. For those who do not respond to the website posting and email notification or letter, USCIS will send a follow-up email notification or letter approximately sixty (60) days after the first emails and letters.

14. USCIS personnel will review responses and confirm that a fee was paid in connection with the Form I-765 for each responder.

15. After confirming the request is from a person who submitted Form I-765 based on being a Ukrainian paroled during the relevant period as outlined in item 7 of this declaration, USCIS will initiate the process to refund the fee. If the fee was paid by credit card, USCIS may issue a credit. However, for most individuals, USCIS will issue and mail a paper check.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2024 at
Camp Springs, Maryland

_____

Carol S. Cribbs