UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
ANASTASIIA VOLKOVA, for herself
and all others similarly situated,

                  Plaintiff,

      -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY, and
UNITED STATES OF AMERICA,

            Defendants.

------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 23-CV-7565-FB-LB

*Appearances:*
| | |
|---|---|
| *For the Plaintiff:* | *For the Defendants:* |
| WILLIAM H. NARWOLD | KATHLEEN A. MAHONEY |
| Motley Rice LLC | Assistant United States Attorney |
| 20 Church Street, 17th Floor | 271-A Cadman Plaza East, 7th Floor |
| Hartford, Connecticut 06103 | Brooklyn, New York 11201 |

**BLOCK, Senior District Judge:**

       Plaintiff, Anastasiia Volkova, represents a class of "[a]ll Ukrainian parolees who paid the $410 filing fee [to United States Citizenship and Immigration Services ("USCIS")] for applications on Form I-765 for initial employment authorization documents between February 24, 2022, and May 21, 2022." *Volkova v. United States Citizenship & Immigr. Servs.*, 2025 WL 1096918, at *4 (E.D.N.Y. Apr. 14, 2025). In a prior order, the Court held that the Additional Ukraine

Supplemental Appropriations Act ("AUSAA"), Pub. L. 117-128, 136 Stat. 1211 (2022), "was intended to make *all* Ukrainians paroled into the United States between February 24, 2022, and September 30, 2023, eligible for the same fee waiver that USCIS makes available to refugees as a matter of agency policy." *Volkova v. United States Citizenship & Immigr. Servs.*, 2026 WL 1413761, at *4 (E.D.N.Y. May 20, 2026). Based on that holding, the Court denied USCIS's motion for summary judgment.

Volkova now asks the Court to clarify that its prior holding entitles her to summary judgment. Inasmuch as the temporal scope of the AUSAA is a question of law, that request is granted. Since Volkova and the class comprise a subset of "all Ukranians paroled into the United States between February 24, 2022, and September 30, 2023," they are, as a matter of law, entitled to a refund of the fees they paid.

It is apparently undisputed that each member of the class paid a fee of $410. In addition, USCIS represents without contradiction that the class consists of 1,316 members, that an approved notice has been mailed and/or emailed to all class members, that 50 of the mailed notices were returned undelivered, and that the agency has no better address for 45 of the returned notices. Volkova, in turn, represents without contradiction that 74 potential class members requested

exclusion from the class prior to the expiration of the opt-out period on April 26, 2026.

Thus, it appears that the only unresolved matter is the actual distribution of refunds to the remaining class members. Accordingly, the parties are directed to submit, by September 1, 2026, either a stipulated distribution plan or a briefing schedule for any remaining issues that require resolution by the Court.

**SO ORDERED**

_/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
July 15, 2026

3